1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

JOSEPH STRONG II, an individual,

Plaintiff,

v.

FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, a Domestic Limited Liability Company, d/b/a FLAMINGO LAS VEGAS,

Defendant.

Case No. 2:23-cv-01941-RFB-NJK

**ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

13

14

15

16

17

18

19

20

21

22

23

Plaintiff, JOSEPH STRONG II ("Plaintiff"), and Defendant, FLAMINGO LAS VEGAS OPERATING COMPANY, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint (ECF No. 1) by two (2) weeks from the current deadline of March 4, 2024 up to and including **Monday, March 18, 2024**.

24

25

26

27

The Parties agree the extension is warranted to provide adequate time for Defendant's counsel to become familiar with the allegations in Plaintiff's Complaint, to investigate the facts of the matter, and to prepare a responsive pleading. This is the first request for an extension of time to respond to Plaintiff's Complaint.

28

/ / /

The Parties' request is made in good faith and not for the purpose of undue delay.

Dated: February 26, 2024

Respectfully submitted,


*/s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

Attorneys for Plaintiff
JOSEPH STRONG II

Dated: February 26, 2024

Respectfully submitted,


*/s/ Michael D. Dissinger*
PATRICK H. HICKS, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FLAMINGO LAS VEGAS OPERATING
COMPANY, LLC

**IT IS SO ORDERED.**

Dated this __27th__ day of __February__, 2024.


_____
UNITED STATES MAGISTRATE JUDGE

2