1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12  JOSEPH STRONG II, an individual,

Case No. 2:23-cv-01941-RFB-VCF

13      Plaintiff,

14  v.

**STIPULATION    AND    ORDER TO
DISMISS  ENTIRE  ACTION  WITH
PREJUDICE**

15  FLAMINGO LAS VEGAS OPERATING
COMPANY, LLC, a Domestic Limited

16  Liability Company, d/b/a FLAMINGO LAS
VEGAS,

17

18      Defendant.

19      Plaintiff, JOSEPH STRONG II ("Plaintiff"), and Defendant, FLAMINGO LAS VEGAS

20  OPERATING COMPANY, LLC ("Defendant") (collectively the "Parties"), by and through their

21  respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety,

22  including all claims and causes of action, with prejudice.

23      The Parties globally resolved this action at the Early Neutral Evaluation held on June 13,

24  2024 before Hon. Magistrate Judge Elayna J. Youchah. **ECF No. 19**. The Parties file the instant

25  Stipulation pursuant to their agreement for global resolution. The Parties agree that no Party to this

26  Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an

27  award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal,

28

in any forum that would be available for the claims dismissed by this Stipulation. Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Consistent with ECF No. 19, the Parties also request that the telephonic status hearing scheduled for July 29, 2024 be vacated.

**IT IS SO STIPULATED.**

Dated: July 19, 2024                                    Dated: July 19, 2024

Respectfully submitted,                                 Respectfully submitted,

*/s/ Trevor J. Hatfield*                                 */s/ Michael D. Dissinger*
TREVOR J. HATFIELD, ESQ.                                 PATRICK H. HICKS, ESQ.
HATFIELD AND ASSOCIATES, LTD.                            MICHAEL D. DISSINGER, ESQ.
                                                         LITTLER MENDELSON, P.C.

*Attorney for Plaintiff*                                 *Attorneys for Defendant*
JOSEPH STRONG II                                         FLAMINGO LAS VEGAS OPERATING
                                                         COMPANY, LLC

**IT IS SO ORDERED.**

**DATED:** July 23, 2024

_____
UNITED STATES DISTRICT JUDGE

2